THE ASPHALT PAVING AND CONTRACTING COMPANY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Asphalt Paving & Contracting Co.* v. *City of N. Y.*, 167 App. Div. 925, affirmed.

(Argued May 11, 1916; decided May 30, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 13, 1915, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover under the terms of an asphalt paving contract, made with the Warren-Scharf Asphalt Paving Company, its alleged assignor, which contained a fifteen years' maintenance clause, the percentage of the repairing security, which it is claimed was due August 30, 1908. The complaint was

dismissed at the close of the plaintiff's case on the ground that the assignment to the plaintiff by the Warren-Scharf Company, the original contractor, was invalid because it had not been consented to by the borough president, and because it had not been filed in the office of the county clerk of New York county, or of the comptroller, or of the borough president.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*Lamar Hardy, Corporation Counsel* (*Terence Farley, R. Percy Chittenden* and *John F. Collins* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.